United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| TOPSOE, INC., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-00033 |
| | § | |
| CASALE US, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On April 18, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 24. Judge Edison filed a memorandum and recommendation on April 27, 2026, recommending that the motion to dismiss filed by Counter-Defendants Topsoe, Inc. and Topsoe A/S (collectively, "Topsoe") (Dkt. 195) be denied. Dkt. 213.

On May 11, 2026, Topsoe filed their objections to the memorandum and recommendation. Dkt. 217. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, the memorandum and recommendation, the pleadings, and the record. The court accepts Judge Edison's

memorandum and recommendation and adopts it as the opinion of the court. It is

therefore ordered that:

    (1)    Judge Edison's memorandum and recommendation (Dkt. 213) is approved and adopted in its entirety as the holding of the court; and

    (2)    Topsoe's motion to dismiss (Dkt. 195) is denied.

SIGNED on Galveston Island this 18th day of May 2026.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE